**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# NOT DESIGNATED FOR PUBLICATION

Mandy Bernard
In Proper Person
P. O. Box 716
Scott LA 70583

**REHEARING ACTION: November 2, 2016**

**Docket Number: 16   00215-CA**

**MANDY BERNARD**
**VERSUS**
**PROFESSIONAL PROPERTY MANAGEMENT**

**Appealed from Lafayette Parish Case No. C-20155710**

**BEFORE JUDGES:**

    **Hon. Ulysses Gene Thibodeaux**
    **Hon. Shannon J. Gremillion**
    **D. Kent Savoie**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Mandy Bernard** has this day been

    **DENIED.**

cc: Donald Aubrey Bazer  Jr., Counsel for the Appellee